FILE COPY

# IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 12-0179

§
§
§
§
§
§
§

IN THE INTEREST OF M.G.P., A
CHILD

**Tarrant County,**

**2nd District.**

**February 15, 2013**

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denieddenied.

**March 29, 2013**

Petitioner's motion for rehearing of petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

The Court hereby waives payment of petitioner's cost pursuant to Texas Government Code, 40.062.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 30th day of April, 2013.



Blake A. Hawthorne, Clerk

By Kathy Sandoval, Deputy Clerk